## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

### Holding a Criminal Term

### Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| **DANIEL MARQUIL THORNTON,** | : | **VIOLATION:** |
| **also known as "Dmiel Thorton,"** | : | **21 U.S.C. § 841(a)(1) and** |
| **also known as "D'miel Marquil Thornton,"** | : | **§ 841(b)(1)(B)(iv)** |
| | : | **(Unlawful Possession with Intent to** |
| **Defendant.** | : | **Distribute One Hundred Grams or More** |
| | : | **of a Mixture and Substance Containing a** |
| | : | **Detectable Amount of Phencyclidine)** |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about June 2, 2018, within the District of Columbia, **DANIEL MARQUIL THORNTON**, also known as "Dmiel Thorton," also known as "D'miel Marquil Thornton," did unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was one hundred grams or more.

(**Unlawful Possession with Intent to Distribute One Hundred Grams or More of a Mixture and Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(iv))

A TRUE BILL:

FOREPERSON.

Jessie K. Liu

Attorney of the United States in
and for the District of Columbia.